**Murlin R. PHILLIPS, Appellant,**

v.

**Larry PLUNKETT, Appellee.**

**No. 06–2067.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 28, 2007.

Filed: Oct. 5, 2007.

Murlin R. Phillips, Jefferson City, MO, pro se.

D. Keith Henson, Paule & Camazine, St. Louis, MO, for Appellee.

Before BYE, RILEY, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri inmate Murlin R. Phillips appeals the district court's [1] adverse grant of

---

1. The Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern Dis-

summary judgment in his 42 U.S.C. § 1983 lawsuit arising from exposure to environmental tobacco smoke while he was incarcerated at the Wayne County Jail. Having carefully reviewed the record and considered Phillips's arguments, we find no basis for reversal. *See Larson v. Kempker,* 414 F.3d 936, 939 (8th Cir.2005) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

trict of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).